# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

BOARD OF TRUSTEES OF THE SHEET METAL
WORKERS LOCAL 104 HEALTH CARE PLAN,
BOARD OF TRUSTEES OF THE SHEET METAL
WORKERS PENSION TRUST OF NORTHERN
CALIFORNIA, SHEET METAL WORKERS LOCAL
104 VACATION, HOLIDAY SAVINGS PLAN;
ANTHONY ASHER, TRUSTEE

V.

TOTAL AIR BALANCE COMPANY, INC., a
corporation, doing business as
T A B C O Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CV 08   2038   SC

TO: (Name and address of defendant)

Total Air Balance Company Inc.
2175 Stone Avenue #6
San Jose, CA  95125

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL  (State Bar#50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Phone:  (415) 392-5431

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

APR 1

DATE

**HELEN L. ALMACEN**

(BY) DEPUTY CLERK