1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6                   UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9  BOARD OF TRUSTEES OF THE SHEET METAL )    NO.  C 08 2038 SC
   WORKERS, et al.                      )
10                                      )    EX PARTE APPLICATION FOR
                         Plaintiffs,    )    ORDER TO CONTINUE CASE
11                                      )    MANAGEMENT CONFERENCE
              vs.                       )
12                                      )
   TOTAL AIR BALANCE COMPANY, INC.,     )
13 etc.,                                )
                         Defendant.     )
14 _____)

15         Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS
16 HEALTH LOCAL 104 HEALTH CARE PLAN, BOARD OF TRUSTEES OF THE SHEET
17 METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL
18 WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN, ANTHONY ASHER,
19 hereby apply ex parte for an order to continue the Case Management
20 Conference from July 25, 2008 to November 21, 2008.
21         This ex parte application is made because settlement of this
22 case appears very likely, but is contingent upon a decision of the
23 trustees to be made at a meeting on August 5, 2008.  A continuance
24 will save Court and attorney time in this proceeding.
25 Dated:   July 22, 2008              Respectfully submitted,
26                                     ERSKINE & TULLEY
27                                     By:    /s/ Michael J. Carroll
                                              Michael J. Carroll
28                                            Attorneys for Plaintiffs

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE        1