1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET     )    NO. C 08 2038 SC
   METAL WORKERS, et al.,             )
12                                    )
                    Plaintiff,        )
13                                    )    ORDER TO CONTINUE CASE
              vs.                     )    MANAGEMENT CONFERENCE
14                                    )
   TOTAL AIR BALANCE COMPANY, INC.,   )
15 etc.                               )
                                      )
16                    Defendant.      )
   _____)
17

18         IT IS ORDERED that the Case Management Conference in this

19 case set for July 25, 2008 continued to November 21, 2008 at 10:00

20 a.m. in Courtroom A, 17th Floor, San Francisco, CA.

21 Dated:_____     _____
                                     Honorable Samuel Conti
22

23

24

25

26

27

28