```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiff, <br><br> vs. <br><br> TOTAL AIR BALANCE COMPANY, INC., etc. <br><br> Defendant. | NO. C 08 2038 SC <br><br> ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case set for November 21, 2008 continued to December 19, 2008 at 10:00 a.m. in Courtroom A, 17th Floor, San Francisco, CA.

Dated: 11/17/08

_____
Honorable Samuel Conti

*[IT IS SO ORDERED — signed, Judge Samuel Conti]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE         1