United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOTAL AIR BALANCE COMPANY, INC., dba TABCO INC., <br><br> Defendant. | No. 08-2038 SC <br><br> ORDER TO SHOW CAUSE |

Plaintiffs in the above-captioned action are hereby ordered to show cause as to why Defendant Total Air Balance Company, Inc., was not served within 120 days after the Complaint was filed in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs must show cause in writing no later than 4:00 p.m. on Wednesday, June 10, 2009. The Court will hold a show-cause hearing on Friday, June 12, 2009, at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS SO ORDERED.

June 8, 2009

_____
UNITED STATES DISTRICT JUDGE